J. G. SERRAO *v.* JOSE G. RAMAS; J. R. WILSON,
Garnishee.

APPEAL FROM DISTRICT COURT, SOUTH HILO.

SUBMITTED DECEMBER 22, 1897.    DECIDED JANUARY 7, 1898.

JUDD, C.J., FREAR AND WHITING, JJ.

Wages of an employee are not exempt from attachment under the
    garnishee process, even though the debtor (employee) has not a
    dwelling house with over $250.   Civil Laws, p. 566.

OPINION OF THE COURT BY JUDD, C.J.

The plaintiff obtained judgment against the defendant in the
District Court of South Hilo, Hawaii, for $55.80 and costs.
Defendant was employed as a day laborer by one J. R. Wilson
at the wages of $6 per week.   Wilson was summoned as a
garnishee and admitted that he owed defendant $5.   The court
held the garnishee for that amount, and he took an appeal to
this court on points of law claiming that as the statute as found
on page 566 of the Civil Laws exempted sundry specific articles
owned by a house-keeper having a family, from levy and ex-
ecution, also a houselot not exceeding a quarter of an acre and a
dwelling and other buildings thereon not exceeding the value of
$250, no attachment by the garnishee process of the wages of
such a house-keeper can be made unless the plaintiff shows that
the value of the house-keeper's property is over two hundred
and fifty dollars.

We consider this contention unsound.   Wages are not by

the terms of the statute exempted from attachment, hence they are attachable. Appeal dismissed.

*P. Neumann* for plaintiff.

*G. F. Little* for garnishee.